**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Avenue Stores, LLC | : | Case No. 19-11842 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **Land 'N Sea, Inc.**, Attn: Eric Sobel, 1440 Broadway, 3d Floor, New York, NY 10018, Phone: 212-444-6000, Ext. 300, Fax: 212-444-6018

2.     **Valentine USA, Inc.**, Attn: Willy Wu, 135 W. 36th St., 14th Floor, New York, NY 10018, Phone: 917-692-6602, Fax: 212-840-8866

3.     **Jiangsu Guotai Litian Enterprises,** Attn: c/o Joseph Cohen, 1501 Rio Vista Avenue, Los Angeles, CA 90023, Phone: 415-747-5817

                                     ANDREW R. VARA
                                       Acting United States Trustee, Region 3

                                       /s/ *Linda Casey* for
                                       T. PATRICK TINKER
                                       ASSISTANT UNITED STATES TRUSTEE

DATED: August 27, 2019

Attorney assigned to this Case: Linda Casey, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert Brady, Esq., Phone: 302-571-6600, Fax: 302-571-1253