# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AVENUE STORES, LLC, *et al.*,[1] | Case No. 19-11842 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 2, 2019 AT 11:00 A.M. (ET)

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order Authorizing and Approving Certain Bid Protections in Connection with the Sale of the Debtors' E-Commerce Business Assets to City Chic Collective USA Incorporated [D.I. 268; 9/26/19]

   Related Pleadings:

   a) Notice of Filing of Stalking Horse Bidder Designation in Connection with the Sale of the Debtors' E-Commerce Business Assets [D.I. 267; 9/26/19]

   b) Order (I) Shortening the Time for Notice of Debtors' Motion for Entry of an Order Authorizing and Approving Certain Bid Protections in Connection with the Sale of the Debtors' E-Commerce Business Assets to City Chic Collective USA Incorporated and (II) Granting Related Relief [D.I. 270; 9/27/19]

   c) Notice of Motion [D.I. 271; 9/27/19]

   Objection Deadline:   At the Hearing.

   Objections/Informal Responses:   None to date.

   Status:   This matter will go forward.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Avenue Stores, LLC (0838); Ornatus URG Holdings, LLC (1146); Ornatus URG Real Estate, LLC (9565); and Ornatus URG Gift Cards, LLC (9203). The Debtors' headquarters are located at 365 West Passaic Street, Suite 230, Rochelle Park, New Jersey 07662.

01:23465146.2

|  |  |
|---|---|
| Dated: September 30, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Robert S. Brady (No. 2847)<br>Andrew L. Magaziner (No. 5426)<br>Ashley E. Jacobs (No. 5635)<br>Allison S. Mielke (No. 5934)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:   (302) 571-1253<br>Email:  rbrady@ycst.com<br>          amagaziner@ycst.com<br>          ajacobs@ycst.com<br>          amielke@ycst.com<br>          bfeldman@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |