**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AVENUE STORES, LLC, *et al.*,[1] | Case No. 19-11842 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 53, 221, 258 & 267 |

**NOTICE OF SUCCESSFUL BID AND NEXT-HIGHEST BID FOR
THE SALE OF THE DEBTORS' E-COMMERCE BUSINESS ASSETS**

    **PLEASE TAKE NOTICE** that, on August 20, 2019, Avenue Stores, LLC and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Debtors' Motion, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code, Fed. R. Bankr. P. 2002, 6003, 6004, 6006, 9007, 9008 and 9014 and Del. Bankr. L.R. 2002-1, 6004-1 and 9006-1, for Entry of (A) an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtors' E-Commerce Business Assets; (II) Scheduling an Auction for and Hearing to Approve Sale of E-Commerce Business Assets; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of E-Commerce Business Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief* [Docket No. 53] (the "Bidding Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that, on September 13, 2019, the Bankruptcy Court entered that certain *Order (I) Approving Bid Procedures in Connection with the Sale of the Debtors' E-Commerce Business Assets; (II) Scheduling an Auction for and Hearing to Approve Sale of E-Commerce Business Assets; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief* [Docket No. 221] (the "Bidding Procedures Order")[2] authorizing and approving the Bidding Procedures Motion.

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Avenue Stores, LLC (0838); Ornatus URG Holdings, LLC (1146); Ornatus URG Real Estate, LLC (9565); and Ornatus URG Gift Cards, LLC (9203). The Debtors' headquarters are located at 365 West Passaic Street, Suite 230, Rochelle Park, New Jersey 07662.

[2]  All capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Bidding Procedures Motion or the Bidding Procedures attached thereto.

01:25316386.2

**PLEASE TAKE FURTHER NOTICE** that, on September 23, 2019, the Debtors filed that certain *Notice of Filing of Proposed Form of Sale Order Approving Sale of the Debtors' E-Commerce Business Assets* [Docket No. 258] (the "Proposed Sale Order").

**PLEASE TAKE FURTHER NOTICE** that, on September 26, 2019, the Debtors filed that certain *Notice of Filing of Stalking Bidder Designation in Connection with the Sale of the Debtors' E-Commerce Business Assets* [Docket No. 267] (the "Designation Notice") designating City Chic Collective USA Incorporated ("City Chic") as the Stalking Horse Bidder for the E-Commerce Business Assets. Attached thereto as Exhibit A was the asset purchase agreement entered into by the Debtors and City Chic, memorializing the terms and conditions of City Chic's proposed acquisition of the E-Commerce Business Assets.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, an Auction for the E-Commerce Business Assets was held on October 3, 2019.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the bid submitted by City Chic was determined to be the Successful Bid for the E-Commerce Business Assets, with a bid of $17.2 million, inclusive of assumed liabilities. The bid submitted by Kingswood Capital Opportunities Fund 1 LP was determined to be the Next-Highest Bid for the E-Commerce Business Assets.

**PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS WILL PRESENT A REVISED FORM OF PROPOSED SALE ORDER FOR THE E-COMMERCE BUSINESS ASSETS, TOGETHER WITH THE ASSET PURCHASE AGREEMENT REFLECTING THE TERMS OF THE SUCCESSFUL BID, AT THE HEARING SCHEDULED TO BE HELD ON OCTOBER 7, 2019 AT 2:00 P.M. (ET) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.**

[*Signature Page Follows*]

| | | |
|---|---|---|
| Dated: | October 3, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Robert S. Brady (No. 2847)<br>Andrew L. Magaziner (No. 5426)<br>Ashley E. Jacobs (No. 5635)<br>Allison S. Mielke (No. 5934)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:    (302) 571-6600<br>Fax:    (302) 571-1253<br>Email:  rbrady@ycst.com<br>            amagaziner@ycst.com<br>            ajacobs@ycst.com<br>            amielke@ycst.com<br>            bfeldman@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |