IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AVENUE STORES, LLC, *et al.*,[1] | Case No. 19-11842 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 6, 2019 AT 3:00 P.M. (ET)**

**MATTER GOING FORWARD**

1. Certification of Counsel Regarding Order Approving Stipulation By and Between the Debtors, PNC Bank, National Association and Ornatus URG Funding, LLC with Respect to the Use of Cash Collateral [D.I. 392; 11/1/19]

    Related Pleadings:

    a) Notice of Hearing [D.I. 396; 11/1/19]

    Objection Deadline:    At the hearing.

    Objections/Informal Responses:

    b) Informal Response from the Official Committee of Unsecured Creditors

    Status:    The Official Committee of Unsecured Creditors has advised the Debtors' undersigned counsel that it does not consent to entry of the proposed order. This matter is going forward.

[*Signature Page Follows*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Avenue Stores, LLC (0838); Ornatus URG Holdings, LLC (1146); Ornatus URG Real Estate, LLC (9565); and Ornatus URG Gift Cards, LLC (9203). The Debtors' headquarters are located at 365 West Passaic Street, Suite 230, Rochelle Park, New Jersey 07662.

01:23465146.2

|  |  |  |
|---|---|---|
| Dated: | November 4, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Andrew L. Magaziner*
_____
Robert S. Brady (No. 2847)
Andrew L. Magaziner (No. 5426)
Ashley E. Jacobs (No. 5635)
Allison S. Mielke (No. 5934)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email:  rbrady@ycst.com
            amagaziner@ycst.com
            ajacobs@ycst.com
            amielke@ycst.com
            bfeldman@ycst.com

*Counsel to the Debtors and Debtors in Possession*