## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AVENUE STORES, LLC, *et al.*,[1] | Case No. 19-11842 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 22, 2019 AT 10:00 A.M. (ET)

**MATTERS GOING FORWARD**

1. United States Trustee's Motion to Convert the Debtors' Chapter 11 Cases [D.I. 441; 11/14/19]

    Related Pleadings:

    a) Order Granting United States Trustee's Motion for Entry of an Order Scheduling an Expedited Hearing and Shortening Notice with Respect to United States Trustee's Motion to Convert the Debtors' Chapter 11 Cases [D.I. 453; 11/18/19]

    b) Notice of Hearing [D.I. 456; 11/18/19]

    Objection Deadline:    November 20, 2019 at 4:00 p.m. (ET)

    Objections/Informal Responses:

    c) Informal Response from the Debtors

    Status:    The Debtors intend to work with interested parties in an effort to reach an agreed form of order prior to the hearing. This matter is going forward.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Avenue Stores, LLC (0838); Ornatus URG Holdings, LLC (1146); Ornatus URG Real Estate, LLC (9565); and Ornatus URG Gift Cards, LLC (9203). The Debtors' headquarters are located at 365 West Passaic Street, Suite 230, Rochelle Park, New Jersey 07662.

01:23465146.2

2.     Emergency Motion of the Official Committee of Unsecured Creditors (1) for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases under Chapter 7 and (2) for an Order Extending the Period (A) to Challenge the Amount, Validity, Enforceability, Priority or Extent of the Pre-Petition Subordinated Obligations or the Liens of the Pre-Petition Subordinated Lender and (B) to Assert any Other Claims or Causes of Action Against the Versa Parties [D.I. 448; 11/15/19] (*Sealed Version*)

    Related Pleadings:

        a)     Order Granting Motion of the Official Committee of Unsecured Creditors for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Emergency Motion of the Official Committee of Unsecured Creditors (1) for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases under Chapter 7 and (2) for an Order Extending the Period (A) to Challenge the Amount, Validity, Enforceability, Priority or Extent of the Pre-Petition Subordinated Obligations or the Liens of the Pre-Petition Subordinated Lender and (B) to Assert any Other Claims or Causes of Action Against the Versa Parties [D.I. 454; 11/18/19]

        b)     Notice of Hearing [D.I. 456; 11/18/19]

    Objection Deadline:     November 20, 2019 at 4:00 p.m. (ET)

    Objections/Informal Responses:

        c)     Response of Ornatus URG Funding, LLC and Versa Capital Management, LLC to the Emergency Motion of the Official Committee of Unsecured Creditors (1) for an Order, Pursuant to Section 1112(B) of the Bankruptcy Code, Converting the Debtors Cases to Cases Under Chapter 7 and (2) for an Order Extending the Period (A) to Challenge the Amount, Validity, Enforceability, Priority or Extent of the Pre-Petition Subordinated Obligations or the Liens of the Pre-Petition Subordinated Lender and (B) to Assert any other Claims or Causes of Action against the Versa Parties [D.I. 468; 11/20/19] (*Sealed Version*)

        d)     Informal Response from the Debtors

    Status:     The Debtors intend to work with interested parties in an effort to reach an agreed form of order prior to the hearing. This matter is going forward.

3. Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal the Emergency Motion of the Official Committee of Unsecured Creditors (1) for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases under Chapter 7 and (2) for an Order Extending the Period (A) to Challenge the Amount, Validity, Enforceability, Priority or Extent of the Pre-Petition Subordinated Obligations or the Liens of the Pre-Petition Subordinated Lender and (B) to Assert any Other Claims or Causes of Action Against the Versa Parties [D.I. 451; 11/15/19]

   Related Pleadings:

   a) Emergency Motion of the Official Committee of Unsecured Creditors (1) for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases under Chapter 7 and (2) for an Order Extending the Period (A) to Challenge the Amount, Validity, Enforceability, Priority or Extent of the Pre-Petition Subordinated Obligations or the Liens of the Pre-Petition Subordinated Lender and (B) to Assert any Other Claims or Causes of Action Against the Versa Parties [D.I. 458; 11/18/19] (*Redacted Version*)

   Objection Deadline:    At the hearing.

   Objections/Informal Responses:    None to date.

   Status:    This matter is going forward.

4. Motion of the Ornatus URG Funding, LLC and Versa Capital Management, LLC for Entry of an Order Authorizing Ornatus URG Funding, LLC and Versa Capital Management, LLC to File Under Seal Response of Ornatus URG Funding, LLC and Versa Capital Management, LLC to the Emergency Motion of the Official Committee of Unsecured Creditors (1) for an Order, Pursuant to Section 1112(B) of the Bankruptcy Code, Converting the Debtors Cases to Cases Under Chapter 7 and (2) for an Order Extending the Period (A) to Challenge the Amount, Validity, Enforceability, Priority or Extent of the Pre-Petition Subordinated Obligations or the Liens of the Pre-Petition Subordinated Lender and (B) to Assert any other Claims or Causes of Action against the Versa Parties [D.I. 470; 11/20/19]

   Related Pleadings:

   a) Response of Ornatus URG Funding, LLC and Versa Capital Management, LLC to the Emergency Motion of the Official Committee of Unsecured Creditors (1) for an Order, Pursuant to Section 1112(B) of the Bankruptcy Code, Converting the Debtors Cases to Cases Under Chapter 7 and (2) for an Order Extending the Period (A) to Challenge the Amount, Validity, Enforceability, Priority or Extent of the Pre-Petition Subordinated Obligations or the Liens of the Pre-Petition Subordinated Lender and (B)

to Assert any other Claims or Causes of Action against the Versa Parties [D.I. 469; 11/20/19] (*Redacted Version*)

Objection Deadline:		At the hearing.

Objections/Informal Responses:	None to date.

Status:		This matter is going forward.

| | |
|---|---|
| Dated: November 20, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Robert S. Brady (No. 2847)<br>Andrew L. Magaziner (No. 5426)<br>Ashley E. Jacobs (No. 5635)<br>Allison S. Mielke (No. 5934)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:   (302) 571-1253<br>Email: rbrady@ycst.com<br>            amagaziner@ycst.com<br>            ajacobs@ycst.com<br>            amielke@ycst.com<br>            bfeldman@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |