# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AS WIND DOWN, LLC, *et al*.,[1] | Case No. 19-11842 (LSS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 10, 2019 AT 2:00 P.M.

**ADJOURNED MATTERS**

1. Motion of Clutch Holdings LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b) (filed November 20, 2019) [Dkt. No. 472]

   Response Deadline:   December 3, 2019.  Extended for the Trustee.

   Response Received:   Informal comments received from the Chapter 7 Trustee.

   Related Documents:

   a. Notice of Hearing Date Extension for Clutch Holdings' Motion for Payment of Administrative Expenses (filed November 26, 2019) [Dkt. No. 494]

   Status: This matter has been adjourned to a hearing date to be determined.

**UNCONTESTED MATTERS WITH A CERTIFICATE OF NO OBJECTION OR A CERTIFICATION OF COUNSEL**

2. Debtors' Seventh (7th) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, *Nunc Pro Tunc* to the Applicable Rejection Date (filed November 1, 2019) [Dkt. No. 397]

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: AS Wind Down, LLC (f/k/a Avenue Stores, LLC) (0838); OURGH Wind Down, LLC (f/k/a Ornatus URG Holdings, LLC) (1146); OURGRE Wind Down, LLC (f/k/a Ornatus URG Real Estate, LLC) (9565); and OURGGC Wind Down, LLC (f/k/a Ornatus URG Gift Cards, LLC) (9203).

<u>Response Deadline</u>:    November 15, 2019

<u>Response Received</u>:    None.

<u>Related Documents</u>:

a.    Certificate of No Objection (filed November 19, 2019) [Dkt. No. 461]

<u>Status</u>: A Certificate of No Objection has been filed. The Trustee is still reviewing the contracts that are the subject of the Motion to ensure they are no longer needed and asks that the Court delay entering the proposed order until the Trustee has completed his review and has advised the Court that his review is completed.

3. Debtors' Eighth (8th) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, *Nunc Pro Tunc* to the Applicable Rejection Date (filed November 1, 2019) [Dkt. No. 398]

   <u>Response Deadline</u>:    November 15, 2019

   <u>Response Received</u>:    None.

   <u>Related Documents</u>:

   a.    Certificate of No Objection (filed November 19, 2019) [Dkt. No. 462]

   <u>Status</u>: A Certificate of No Objection has been filed. The Trustee is still reviewing the contracts that are the subject of the Motion to ensure they are no longer needed and asks that the Court delay entering the proposed order until the Trustee has completed his review and has advised the Court that his review is completed.

4. Second Monthly and Final Application of Malfitano Advisors, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Asset Disposition Advisor and Consultant for the Debtors for the Monthly Period from September 1, 2019 Through October 31, 2019 and the Final Period From August 16, 2019 Through October 31, 2019 (filed November 6, 2019) [Dkt. No. 407]

   <u>Response Deadline</u>:    November 27, 2019

   <u>Response Received</u>:    None.

   <u>Related Documents</u>:

    a.    Certification of Counsel Regarding Order Approving Final Fee Application of Malfitano Advisors, LLC (December 5, 2019) [Dkt. No. 505]

    b.    Order Approving Final Fee Application of Malfitano Advisors, LLC (entered December 6, 2019) [Dkt. No. 507]

Status: An Order has been entered.

5.    Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 (filed November 12, 2019) [Dkt. No. 423]

Response Deadline:    November 26, 2019

Response Received:    None.

Related Documents:

    a.    Certificate of No Objection (filed December 4, 2019) [Dkt. No. 500]

    b.    Order, Pursuant to Bankruptcy Rules 9006 and 9027 Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C § 1452 (entered December 6, 2019) [Dkt. No. 510]

Status: An Order has been entered.

6.    Debtors' Ninth (9th) Omnibus Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, *Nunc Pro Tunc* to the Applicable Rejection Date (filed November 14, 2019) [Dkt. No. 443]

Response Deadline:    December 2, 2019

Response Received:    None.

Related Documents:

    a.    Certificate of No Objection (filed December 4, 2019) [Dkt. No. 501]

    b.    Ninth (9th) Omnibus Order, Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, *Nunc Pro Tunc* to the Applicable Rejection Date (entered December 6, 2019) [Dkt. No. 509]

Status: An Order has been entered.

7.    Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a) and 554(a) of the Bankruptcy Code, Authorizing Rejection of Unexpired Lease of

    Nonresidential Real Property (365 West Passaic Street, Suite 230, Rochelle Park, New Jersey 07662), *Nunc Pro Tunc* to November 30, 2019 (filed November 21, 2019) [Dkt. No. 477]

    Response Deadline:    December 3, 2019

    Response Received:    None.

    Related Documents:

    a.    Certificate of No Objection (filed December 4, 2019) [Dkt. No. 502]

    b.    Order, Pursuant to Sections 105(a), 65(a), and 554(a) of the Bankruptcy Code, Authorizing Rejection of Unexpired Lease of Nonresidential Real Property (365 West Passaic Street, Suite 230, Rochelle Park, New Jersey 07662), Nunc Pro Tunc to November 30, 2019 (entered December 6, 2019) [Dkt. No. 508]

    Status: An Order has been entered.

8.    Motion of AFCO Premium Credit LLC for an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) (filed November 21, 2019) [Dkt. 480]

    Response Deadline:    December 3, 2019

    Response Received:    Informal comments received from the Chapter 7 Trustee.

    Related Documents:

    a.    Certification of Counsel Submitting Revised Order Granting Motion of AFCO Premium Credit LLC for an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) (filed December 5, 2019) [Dkt. 504]

    Status: A Certification of Counsel has been filed.

9.    Motion for Entry of an Order Terminating the Engagement of Prime Clerk LLC as Claims and Noticing Agent (filed November 25, 2019) [Dkt. No. 490]

    Response Deadline:    December 3, 2019

    Response Received:    None.

    Related Documents:

    a.    Certification of No Objection (filed December 6, 2019) [Dkt. No. 506]

    Status: A Certificate of No Objection has been filed.

10. Motion for Entry of an Order Authorizing the Chapter 7 Trustee to Retain and Compensate Independent Contractors (filed November 25, 2019) [Dkt. 491]

    Response Deadline: December 3, 2019

    Response Received: Informal comments from Ornatus URG Funding, LLC.

    Related Documents:

    a. Certification of Counsel (filed December 6, 2019) [Dkt. No. 511]

    Status: A Certification of Counsel has been filed.

**UNCONTESTED MATTERS GOING FORWARD**

11. Final Application of Configure Partners, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period From August 16, 2019 Through and Including October 16, 2019 (filed November 19, 2019) [Dkt. No. 467]

    Response Deadline: December 3, 2019

    Response Received: The Trustee engaged in informal discussions with Configure's counsel regarding certain fees sought by Configure in its Final Fee Application. Those discussions have been resolved and the Trustee has no objection to the Court approving Configure's Final Fee Application. The Trustee, Configure, and Debtors counsel continue to engage in discussions regarding the Final Fee App and anticipate filing a revised proposed order in advance of hearing.

    Related Documents: None.

    Status: This matter is going forward.

| | |
|---|---|
| Dated: December 6, 2019 | **ARCHER & GREINER, P.C.** |
| | /s/ *Kevin F. Shaw* |
| | Alan M. Root (No. 5427) |
| | Kevin F. Shaw (No. 6239) |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-4350 |
| | Fax: (302) 777-4352 |
| | E-mail: aroot@archerlaw.com |
| | kshaw@archerlaw.com |
| | |
| | *Proposed Counsel for the Chapter 7 Trustee* |

217707309v5