# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AS WIND DOWN, LLC, *et al*.,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-11842 (LSS) <br> (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 13, 2020 AT 10:00 A.M.**

**MATTERS GOING FORWARD**

1. Fourth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from November 1, 2019 Through December 9, 2019 and the Final Period from August 16, 2019 Through December 9, 2019 (filed December 13, 2019) [Dkt. No. 525]

    Response Deadline:    January 6, 2020.

    Response Received:    None.

    Related Documents:

    a. Supplement to Fourth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2019 through and including December 9, 2019, and the Final Period from August 16, 2019 through and including December 9, 2019 (filed January 13, 2020) [Dkt. No. 548]

    b. Joint Reply to Limited Objection of Ornatus URG Funding to the Final Fee Applications of (I) Cooley LLP; (II) Potter Anderson & Corroon LLP; and (III) CBIZ Accounting Tax and Advisory of New York, LLC (filed January 15, 2020) [Dkt. No. 549]

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: AS Wind Down, LLC (f/k/a Avenue Stores, LLC) (0838); OURGH Wind Down, LLC (f/k/a Ornatus URG Holdings, LLC) (1146); OURGRE Wind Down, LLC (f/k/a Ornatus URG Real Estate, LLC) (9565); and OURGGC Wind Down, LLC (f/k/a Ornatus URG Gift Cards, LLC) (9203).

    c.    Second Supplement to Fourth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from November 1, 2019 through and including December 9, 2019, and the Final Period from August 16, 2019 through and including December 9, 2019 (filed February 10, 2020) [Dkt. No. 580]

    d.    Response of the Debtor Professionals to Committee Professionals' Joint Reply to Limited Objection of Ornatus URG Funding, LLC to Committee Professionals' Final Fee Applications (filed February 10, 2020) [Dkt. No. 581]

Status:   This matter is going forward.

2. Combined Monthly and Final Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors for Compensation for Services and Reimbursement of Expenses for (I) the Monthly Period From November 1, 2019 Through November 22, 2019, and (II) The Final Period From August 16, 2019 Through November 22, 2019 (filed December 13, 2019) [Dkt. No. 529]

Response Deadline:   January 6, 2020.

Response Received:   None.

Related Documents:

    a.    Joint Reply to Limited Objection of Ornatus URG Funding to the Final Fee Applications of (I) Cooley LLP; (II) Potter Anderson & Corroon LLP; and (III) CBIZ Accounting Tax and Advisory of New York, LLC (filed January 15, 2020) [Dkt. No. 549]

    b.    Response of the Debtor Professionals to Committee Professionals' Joint Reply to Limited Objection of Ornatus URG Funding, LLC to Committee Professionals' Final Fee Applications (filed February 10, 2020) [Dkt. No. 581]

Status:   This matter is going forward.

3. Third Monthly and Final Application of Potter Anderson & Corroon LLP for the Period August 27, 2019 to November 22, 2019 (filed December 13, 2019) [Dkt. No. 530]

Response Deadline:   January 6, 2020.

Response Received:

    a.    Limited Objection to the Final Fee Applications of (I) Cooley LLP; (II) Potter Anderson & Corroon LLP; and (III) CBIZ Accounting Tax and Advisory of New York, LLC (filed January 6, 2020) [Dkt. No. 543]

Related Documents:

    a.    Joint Reply to Limited Objection of Ornatus URG Funding to the Final Fee Applications of (I) Cooley LLP; (II) Potter Anderson & Corroon LLP; and (III) CBIZ Accounting Tax and Advisory of New York, LLC (filed January 15, 2020) [Dkt. No. 549]

    b.    Response of the Debtor Professionals to Committee Professionals' Joint Reply to Limited Objection of Ornatus URG Funding, LLC to Committee Professionals' Final Fee Applications (filed February 10, 2020) [Dkt. No. 581]

Status:    This matter is going forward.

4. Third Monthly and Final Application of CBIZ Accounting Tax and Advisory of New York, LLC for the Period August 27, 2019 to November 22, 2019 (filed December 13, 2019) [Dkt. No. 531]

Response Deadline:    January 6, 2020.

Response Received:

    a.    Limited Objection to the Final Fee Applications of (I) Cooley LLP; (II) Potter Anderson & Corroon LLP; and (III) CBIZ Accounting Tax and Advisory of New York, LLC (filed January 6, 2020) [Dkt. No. 543]

Related Documents:

    a.    Joint Reply to Limited Objection of Ornatus URG Funding to the Final Fee Applications of (I) Cooley LLP; (II) Potter Anderson & Corroon LLP; and (III) CBIZ Accounting Tax and Advisory of New York, LLC (filed January 15, 2020) [Dkt. No. 549]

    b.    Response of the Debtor Professionals to Committee Professionals' Joint Reply to Limited Objection of Ornatus URG Funding, LLC to Committee Professionals' Final Fee Applications (filed February 10, 2020) [Dkt. No. 581]

Status:    This matter is going forward.

5. Combined Third Monthly, Second Interim and Final Application of Cooley LLP, Lead Counsel to the Official Committee of Unsecured Creditors of AS Wind Down, LLC, *et al.*, for Compensation and Reimbursement of Expenses for the (I) Compensation Period of November 1, 2019 Through November 22, 2019 and (II)

Final Period of August 26, 2019 Through November 22, 2019 (filed December 13, 2019) [Dkt. No. 532]

Response Deadline:   January 6, 2020.

Response Received:

a.  Limited Objection to the Final Fee Applications of (I) Cooley LLP; (II) Potter Anderson & Corroon LLP; and (III) CBIZ Accounting Tax and Advisory of New York, LLC (filed January 6, 2020) [Dkt. No. 543]

Related Documents:

a.  Joint Reply to Limited Objection of Ornatus URG Funding to the Final Fee Applications of (I) Cooley LLP; (II) Potter Anderson & Corroon LLP; and (III) CBIZ Accounting Tax and Advisory of New York, LLC (filed January 15, 2020) [Dkt. No. 549]

b.  Response of the Debtor Professionals to Committee Professionals' Joint Reply to Limited Objection of Ornatus URG Funding, LLC to Committee Professionals' Final Fee Applications (filed February 10, 2020) [Dkt. No. 581]

Status:   This matter is going forward.

Dated: February 11, 2020                    **ARCHER & GREINER, P.C.**

/s/ *Kevin F. Shaw*
Alan M. Root (No. 5427)
Kevin F. Shaw (No. 6239)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: aroot@archerlaw.com
          kshaw@archerlaw.com

*Counsel for the Chapter 7 Trustee*

217991941v1