IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AS WIND DOWN, LLC, *et al.*,[1] | Case No. 19-11842 (LSS) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 18, 2020 AT 2:30 P.M.**

**MATTERS GOING FORWARD**

1. Motion to the Chapter 7 Trustee for Entry of an Order Extending the Claim Challenge Period (filed January 31, 2020) [Dkt. No. 567]

    Response Deadline:    February 14, 2020.

    Response Received:

    a. Objection of Ornatus URG Funding, LLC to Motion to the Chapter 7 Trustee for Entry of an Order Extending the Claim Challenge Period (filed February 4, 2020) [Dkt. No. 571]

    Related Documents:

    a. Letter from Ornatus URG Funding, LLC Regarding Request for Telephonic Status Conference (filed February 5, 2020) [Dkt. No. 573]

    b. Letter from the Chapter 7 Trustee Regarding Request of Ornatus URG Funding, LLC for Telephonic Status Conference (filed February 5, 2020) [Dkt. No. 575]

    c. Notice of Rescheduled Hearing On Motion of the Chapter 7 Trustee for Entry of an Order Extending the Claim Challenge Period (filed February 5, 2020) [Dkt. No. 577]

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: AS Wind Down, LLC (f/k/a Avenue Stores, LLC) (0838); OURGH Wind Down, LLC (f/k/a Ornatus URG Holdings, LLC) (1146); OURGRE Wind Down, LLC (f/k/a Ornatus URG Real Estate, LLC) (9565); and OURGGC Wind Down, LLC (f/k/a Ornatus URG Gift Cards, LLC) (9203).

<u>Status:</u>   This matter is going forward.

Dated:  February 13, 2020

**ARCHER & GREINER, P.C.**

<u>/s/ *Alan M. Root*                  </u>
Alan M. Root (No. 5427)
Kevin F. Shaw (No. 6239)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: aroot@archerlaw.com
         kshaw@archerlaw.com

*Counsel for the Chapter 7 Trustee*

217991941v1