# **EXHIBIT A**

**ADDITIONAL DOCUMENTS/INFO FOR FURTHER ANALYSIS (RECHARACTERIZATION)**

1. Full payment history for the 2017 Subordinated Loan

2. Full payment history for the 2019 Subordinated Loan

3. Accounting reflecting use of all proceeds disbursed under the 2017 Subordinated Loan

4. Accounting reflecting use of all proceeds disbursed under the 2019 Subordinated Loan

5. All documents/communications (and/or interview with person most knowledgeable) relating to anticipated source of repayment under both the 2017 Subordinated Loan and the 2019 Subordinated Loan

6. All documents/communications relating to Debtors' ability to repay both the 2017 Subordinated Loan and the 2019 Subordinated Loan

7. All documents/communications (and/or interview with person most knowledgeable) relating to any and all efforts to obtain financing from outside third-party prior to entering into either the 2017 Subordinated Loan or the 2019 Subordinated Loan

8. Financial statements and accounting records of Ornatus URG Funding, LLC indicating how Ornatus URG Funding, LLC accounted for both the 2017 Subordinated Loan and the 2019 Subordinated Loan in its financial statements and accounting records

9. Financial statements (preferably audited) for the Debtors for years 2015 through 2019

10. (*To the extent not reflected in financial statements above*) – appraisals/valuations for collateral securing the 2017 Subordinated Loan and the 2019 Subordinated Loan

11. Ownership structure and list of equity interest holders for (i) Ornatus URG Management, LLC; (ii) Ornatus URG Investments II, LLC; (iii) Ornatus URG Investments II-A, LLC; and (iv) Ornatus URG Funding, LLC

12. Where did Ornatus URG Funding, LLC get the funds to provide the 2017 Subordinated Loan and the 2019 Subordinated Loan to the Debtors

13. All communications between (i) the Debtors or (ii) Ornatus URG Funding, LLC, on the one hand, and the Senior Secured Parties/Agent, on the other hand, with respect to the 2017 Subordinated Loan or the 2019 Subordinated Loan

14. Any letters sent by the Debtors or any other entity in connection with potential claims under D&O insurance policies and any other communications regarding such potential claims

217888659v2