# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AS WIND DOWN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-11842 (LSS)<br>(Jointly Administered)<br><br>Re: Dkt. No. 706 |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S FIRST OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS OF CHAPTER 5 CAUSES OF ACTION PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the *Chapter 7 Trustee's First Omnibus Motion for an Order Approving Settlements of Chapter 5 Causes of Action Pursuant to Fed. R. Bankr. P. 9019* (the "Motion"), and the Court having reviewed the Motion and the settlement agreements described in and attached to the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, it is hereby

**ORDERED AS FOLLOWS:**

1. The Motion is granted as set forth herein.

2. The settlement agreements described in and attached to the Motion are hereby approved.

3. The Trustee is hereby authorized to take all actions necessary or desirable to

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: AS Wind Down, LLC (f/k/a Avenue Stores, LLC) (0838); OURGH Wind Down, LLC (f/k/a Ornatus URG Holdings, LLC) (1146); OURGRE Wind Down, LLC (f/k/a Ornatus URG Real Estate, LLC) (9565); and OURGGC Wind Down, LLC (f/k/a Ornatus URG Gift Cards, LLC) (9203).

effectuate the settlement agreements.

4. The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the settlement agreements and (ii) resolve any disputes arising under or in connection with the settlement agreements and any related documents. Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

220849463v1

**Dated: May 24th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE