# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AS WIND DOWN, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 19-11842 (LSS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, TRUSTEE,<br><br>                      Plaintiff,<br><br>v.<br><br>UNLIMITED AVENUES, INC.,<br><br>                      Defendant. | Adv. Proc. No. 21-50455-LSS |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENT OF CHAPTER 5 CAUSES OF ACTION WITH UNLIMITED AVENUES, INC., PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the *Chapter 7 Trustee's Motion for an Order Approving Settlement of Chapter 5 Causes of Action with Unlimited Avenues, Inc., Pursuant to Fed. R. Bankr. P. 9019* (the "Motion"), and the Court having reviewed the Motion and the settlement agreement described in and attached to the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, it is hereby

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: AS Wind Down, LLC (f/k/a Avenue Stores, LLC) (0838); OURGH Wind Down, LLC (f/k/a Ornatus URG Holdings, LLC) (1146); OURGRE Wind Down, LLC (f/k/a Ornatus URG Real Estate, LLC) (9565); and OURGGC Wind Down, LLC (f/k/a Ornatus URG Gift Cards, LLC) (9203).

**ORDERED AS FOLLOWS:**

1. The Motion is granted as set forth herein.

2. The settlement agreement described in and attached to the Motion is hereby approved.

3. The parties are hereby authorized to take all actions necessary or desirable to effectuate the settlement agreement.

4. The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the settlement agreement and (ii) resolve any disputes arising under or in connection with the settlement agreement and any related documents. Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

**Dated: September 16th, 2022**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE