IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AS WIND DOWN, LLC, et al.[1] | ) | Case No. 19-11842 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Re: Docket No. 771** |

**ORDER GRANTING
FIRST AND FINAL (CONTINGENT FEE MATTERS) APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP,
AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM DECEMBER 22, 2020 THROUGH SEPTEMBER 30, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a First and Final (Contingent Fee Matters) Application for allowance of compensation and reimbursement of expenses for December 22, 2020 through September 30, 2022 (the "First and Final (Contingent Fee Matters) Application"). The Court has reviewed the First and Final (Contingent Fee Matters) Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First and Final (Contingent Fee Matters) Application, and any hearing on the First and Final (Contingent Fee Matters) Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First and Final (Contingent Fee Matters) Application. Accordingly, it is hereby

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: AS Wind Down, LLC (f/k/a Avenue Stores, LLC) (0838); OURGH Wind Down, LLC (f/k/a Orantus URG Holdings, LLC) (1146); OURGRE Wind Down, LLC (f/k/a Oranatus URG Real Estate, LLC) (9565); and OURGGC Wind Down, LLC (f/k/a Oranatus URG Gift Cards, LLC) (9203).

ORDERED that the First and Final (Contingent Fee Matters) Application is GRANTED, on an interim basis. Fees in the amount of $61,000.00, and costs in the amount of $17,238.66, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $61,000.00 as compensation and $17,238.66 as reimbursement of expenses, for a total of $78,238.66 for services rendered and disbursements incurred by PSZ&J for the period December 22, 2020 through September 30, 2022, provided however that PSZ&J will be paid its contingent fee relating to the settlement recovery set forth in the "Chapter 7 Trustee's Motion for an Order Approving Settlement of Chapter 5 Causes of Action with Unlimited Avenues, Inc., Pursuant to Fed. R. Bankr. P. 9019," only after the Chapter 7 Trustee has received such settlement recovery; and it is further,

ORDERED that all fees are subject to disgorgement pending approval of TFR; and it is further,

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: September 21st, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE